### 21832. DAVIS v. MOORE.

GRICE, Justice. There being no return or acknowledgement of service entered on or annexed to the bill of exceptions, the motion to dismiss must be sustained. *Code Ann.* § 6-911; *Ginn v. Ginn,* 202 Ga. 292 (42 SE2d 923).

*Writ of error dismissed. All the Justices concur.*

SUBMITTED OCTOBER 9, 1962—DECIDED OCTOBER 10, 1962.

*O. Frank Brant, Shelby Myrick,* for plaintiff in error.

*Harry Hunter, Howard & Hunter,* contra.